```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 05 B 34547
   ROBERT W DREES
   EVA K DREES                                  CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-2490      SSN XXX-XX-8752
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/30/05 and confirmed on 12/09/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  37523.07 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED VEHIC | 8500.00 | 583.89 | 8500.00 |
| HSBC AUTO FINANCE | SECURED VEHIC | 3800.00 | 261.01 | 3800.00 |
| AMERICA CASH ADVANCE CEN | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 746.99 | .00 | 448.13 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 274.86 | .00 | 164.89 |
| CAPITAL ONE BANK | UNSECURED | 500.00 | .00 | 299.96 |
| CAPITAL ONE BANK | UNSECURED | 700.00 | .00 | 419.94 |
| ROUNDUP FUNDING LLC | UNSECURED | 785.68 | .00 | 471.35 |
| EVERGREEN PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 403.09 | .00 | 241.82 |
| HARRIS PUBLISHING | UNSECURED | 96.41 | .00 | 57.84 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 270.58 | .00 | 162.33 |
| PAYDAY LOAN STORE | UNSECURED | 510.04 | .00 | 305.98 |
| PAYDAY LOANS | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3156.14 | .00 | 1893.43 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8556.38 | .00 | 5133.15 |
| WORLD FINANCIAL NETWORK | UNSECURED | 682.26 | .00 | 409.30 |
| ROUNDUP FUNDING LLC | UNSECURED | 756.18 | .00 | 453.65 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ROUNDUP FUNDING LLC | UNSECURED | 909.58 | .00 | 545.68 |
| FORD MOTOR CREDIT CO | UNSECURED | 10577.07 | .00 | 6345.40 |
| HSBC AUTO FINANCE | UNSECURED | 2237.73 | .00 | 1342.46 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 295.85 | .00 | 177.49 |
| WELLS FARGO FINANCIAL BA | UNSECURED | 1140.07 | .00 | 683.95 |

         Summary of disbursements:
---

```
                   SECURED      PRIORITY   UNSECURED         OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   12300.00         .00    32598.91           .00      44898.91
PRINCIPAL PAID       12300.00         .00    19556.75           .00      31856.75
INTEREST PAID          844.90         .00         .00           .00        844.90
TOTAL PAID           13144.90         .00    19556.75           .00      32701.65
```

The Debtor's attorney, DAVID M SIEGEL                    , was allowed $   2700.00 and was paid $    2700.00 .

The Trustee received $   1648.35 .

Refunds to the Debtor totaled $    473.07 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/16/09                     /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE